IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD LAIRD | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-3429 |
| | : | |
| J. TERRA, WYNDER, HENSLEY, ALL PROGRAM REVIEW COMMITTEE MEMBERS AT SCI PHOENIX, DR LAUREL HARDY | : : : : | |

## ORDER

**AND NOW**, this 30th day of November 2023, upon considering the Commonwealth Defendants' Motion to dismiss (ECF No. 18), Plaintiff's Response (ECF No. 20), the supplemental Response (ECF No. 22), and for reasons in the accompanying Memorandum confirming Plaintiff may not proceed in the official capacity claims for damages against the correctional facility's officials given Eleventh Amendment immunity and has not plead the individual involvement of each named party consistent with his obligations under the civil rights laws, but mindful of the Plaintiff's incarcerated pro se status, it is **ORDERED** we **GRANT** the correctional facility's officials' Motion to dismiss (ECF No. 18) without prejudice to the Plaintiff filing an amended Complaint no later than **January 5, 2024**, after carefully reviewing the Motion to dismiss (ECF No. 18) and our accompanying Memorandum and pleading the personal involvement of each named state actor as well as demonstrating a constitutional claim.

_____
KEARNEY, J.