# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD LAIRD** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 23-3429 |
| | : | |
| **J. TERRA, WYNDER, HENSLEY, ALL PROGRAM REVIEW COMMITTEE MEMBERS AT SCI PHOENIX, DR LAUREL HARDY** | : : : : | |

## ORDER

**AND NOW**, this 28th day of March 2024, upon the filing of an Answer (ECF No. 36), it is **ORDERED**:

1. Counsel and all parties are governed by this Court's Policies and Procedures and Protocols for Remote Video Proceedings in effect at the time of the anticipated action found at www.paed.uscourts.gov;

2. We will hold an **INITIAL PRETRIAL CONFERENCE** via telephone on **April 15, 2024** at **9:00 AM.**: Defense Counsel shall initiate this call and timely call Chambers at 267-299-7680 when all parties are on the line;

3. Defense shall prepare a stipulation of undisputed facts for the Court's review at the Initial Pretrial Conference, address the need for a F.R.E. 502 Order and initially focus discovery efforts on information relevant to the most important issues available from the most easily accessible sources;

4. The discovery period begins with this Order and the parties may exchange written discovery requests to each other and third parties immediately including focusing this initial discovery on information relevant to the most important issues available from the most easily accessible sources;

5. After consulting with all parties, Defense counsel shall complete and file with the Clerk the required Report of the Rule 26 (f) Meeting incorporating, at a minimum, <u>all</u> the information required in this Court's form Rule 26(f) Report (found on the Court website with our Policies and Procedures) no later than the close of business on **Tuesday, April 09, 2024**;

6. Defendants' lead trial counsel is required to appear at the conference. If trial counsel is on trial in another matter, an attorney in his or her office who is thoroughly familiar with this case is required to appear at the conference, and will then be designated as lead trial counsel for scheduling purposes; and,

7. Defendant's trial counsel shall have addressed settlement with Plaintiff and be prepared to discuss settlement, including authority from the Defendant to settle.

_____
**KEARNEY, J.**