# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD LAIRD** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 23-3429** |
| | : | |
| **J. TERRA, WYNDER, HENSLEY, ALL PROGRAM REVIEW COMMITTEE MEMBERS AT SCI PHOENIX, DR LAUREL HARDY** | : : : : | |

## ORDER

**AND NOW**, this 15th day of April 2024, upon considering Plaintiff's Motion for appointment of attorney (ECF No. 39), having permitted him to proceed *in forma pauperis* (ECF No. 6), and finding good cause for seeking volunteer counsel from our Court's Volunteer Attorney Panel for Incarcerated Persons, it is **ORDERED** Plaintiff's Motion (ECF No. 10) is **GRANTED** and we **refer** this case to our Court's Prisoner Civil Rights Panel for immediate posting until the earlier of an entry of appearance for Mr. Laird or **May 15, 2024**.

                                                                                           _____
                                                                                           **KEARNEY, J.**