IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD LAIRD | : CIVIL ACTION |
| | : |
| v. | : NO. 23-3429 |
| | : |
| J. TERRA, WYNDER, HENSLEY, ALL PROGRAM REVIEW COMMITTEE MEMBERS AT SCI PHOENIX | : : : : |

## ORDER

AND NOW, this 15th day of August 2024, upon reviewing the incarcerated Plaintiff's pro se Motion to compel discovery (ECF No. 46) he claims to be seeking since April 3, 2024 and mindful of Defendants' pending Motion for summary judgment (ECF No. 45) which Plaintiff may answer by no later than August 28, 2024 under our April 15, 2024 Order (ECF No. 40) requiring we promptly address Plaintiff's discovery concerns, it is **ORDERED** we grant Defendants leave to file a Response to the Plaintiff's Motion (ECF No. 46) detailing their production and stated objections responsive to the April 3, 2024 request by no later than **August 19, 2024**.

KEARNEY, J.