IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD LAIRD | : CIVIL ACTION |
| v. | : NO. 23-3429 |
| J. TERRA, *et al.* | : |

# ORDER

AND NOW, this 19th day of August 2024, upon reviewing the incarcerated Plaintiff's pro se Motion to compel discovery (ECF No. 46), Defendants' timely response (ECF No. 48) confirming a narrowing of their specific objections and delivery of additional documents which may have passed in the mail to the correctional facility, and mindful of mail delays to incarcerated parties and of Defendants' pending Motion for summary judgment (ECF No. 45) which Plaintiff may answer by no later than August 28, 2024 under our April 15, 2024 Order (ECF No. 40), it is **ORDERED** we:

1. **DENY** Plaintiff's Motion (ECF No. 46) as moot in reliance upon Defendant's counsel's fulsome description of their production; and,

2. **AMEND** our April 15, 2024 Order (ECF No. 40) only to grant the incarcerated Plaintiff leave to respond to the pending Motion for summary judgment (ECF No. 45) by no later than **September 16, 2024.**

KEARNEY, J.