IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD LAIRD** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 23-3429** |
| | : | |
| **J. TERRA, WYNDER, HENSLEY, ALL PROGRAM REVIEW COMMITTEE MEMBERS AT SCI PHOENIX** | : | |

## ORDER

AND NOW, this 10th day of October 2024, it is **ORDERED** the Warden for SCI Somerset produce before this Court the body of **Richard Laird, AT-0811** on **November 6, 2024 at 9:00 A.M.** before the Honorable Mark A. Kearney to appear for a three-day jury trial in the above-captioned matter in the United States District Court, 601 Market Street, Philadelphia, Pennsylvania, in courtroom 6B, 6th floor, and immediately upon termination of the trial, he be delivered into the custody of the Warden for SCI Somerset.

_____
KEARNEY, J.

cc: Warden
   Certified copy to U.S. Marshals via email:
   EPAcourtorders@usdoj.gov

Civ 10 (4/21)