IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD LAIRD** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 23-3429** |
| | : | |
| **J. TERRA** *et al.* | : | |

# ORDER

**AND NOW**, this 11th day of October 2024, upon considering Defendants' Motion for summary judgment (ECF 45), the incarcerated Plaintiff's Opposition (ECF 53), finding Defendants do not meet their burden on limited issues relating to treatment of the Plaintiff while in solitary confinement but judgment is warranted as a matter of law on other claims including all claims challenging conduct while on modified movement restrictions, and for reasons in an accompanying Memorandum, it is **ORDERED** we **GRANT in part** and **DENY in part** Defendants' Motion for summary judgment (ECF No. 45) requiring:

1. We proceed to trial under our April 15, 2024 Order (ECF 40) on Plaintiff's Eighth Amendment conditions of confinement and inadequate mental health care claims arising from his time in solitary confinement and dismiss all other claims; and,

2. Defendant state actors and experienced counsel immediately engage in fulsome good faith efforts to deliver this Order and accompanying Memorandum to the incarcerated pro se Plaintiff by **NOON** on **October 15, 2024** directly or through specific instructions to the correctional officers or counselors assigned to his Block <u>and</u> file a certification not exceeding two pages no later than **October 15, 2024** detailing their efforts to comply with this obligation.

                                              **KEARNEY, J.**