IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD LAIRD** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 23-3429** |
| | : | |
| **J. TERRA** *et al.* | : | |

## ORDER

**AND NOW**, this 15th day of October 2024, following our October 11, 2024 Order and Memorandum (ECF 59, 60) identifying triable Eighth Amendment conditions of solitary confinement claims, consistent with our October 14, 2024 text order Notice (ECF 61), mindful we resolved all discovery disputes and the matter is trial ready, but finding good cause to adjourn the parties' pretrial filing obligations this week under our April 15, 2024 Order (ECF 40) to allow us to collectively consider efficiently resolving the remaining claims given Plaintiff's pro se incarcerated status and earlier unsuccessful placement on the Court's Panel for Volunteer Lawyers (ECF 41, 43), it is **ORDERED** we **amend** our April 15, 2024 Order (ECF 40) only as to prospective obligations:

1. We will set a telephone conference as soon as practicable this week;

2. We **adjourn** the parties' obligations under Paragraphs 13 and 15 of our April 15, 2024 Order (ECF 40) to be reset following input from the parties; and,

3. Defendants will engage in fulsome good faith efforts to deliver this Order (and a copy of the October 14, 2024 text Notice) to Plaintiff today in his present custodial Facility through the cooperative efforts of the Facility's Warden, counselors, or correctional officers.

_____
KEARNEY, J.