**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RICHARD LAIRD** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 23-3429** |
| | : | |
| **J. TERRA** *et al.* | : | |

# ORDER

    **AND NOW**, this 15th day of October 2024, following today's Order advising of our need to talk to the parties (ECF 62), and for good cause,  it is **ORDERED** we shall hold a status and scheduling telephone conference on **Thursday morning October 17, 2024** at **8:30 AM.** and, consistent with the Facility's direction, Defendants' counsel shall initiate this call in accord with directions provided by the Facility to Chambers and then promptly shared by Chambers with Defendants' counsel who will place the call with the Plaintiff at his Facility and then timely call Chambers at 267-299-7680 when all parties are on the line.

_____
**KEARNEY, J.**