IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVAINA

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
PHILADELPHIA PA 19106-9865

RE: R. LAIRD V. TERRA, et al NO.23-cv-3429

DEAR CLERK,

ON 10-21-24 I RECEIVED NOTICE FROM THE MAIL ROOM AT THIS PRISON THAT A PIECE OF MAIL FROM THE US DISTRICT COURT, PHILADELPHIA PA 19106 WAS CONFISCATED BY THE MAIL ROOM AT THIS FACILITY AND RETURNED TO SENDER DUE TO THE "LEGAL MAIL NO CCN". SEE ENCLOSED COPY OF THE UNACCEPTABLE CORRESPONDENCE FORM, DATED 10/21/24.
KINDLY LOOK INTO THIS MATTER AND RECTIFY. RE-SEND THE LEGAL MAIL TO ME. THANK YOU.

s/ *R. Laird*              10/21/24
RICHARD LAIRD #AT0811      DATE
SCI-SOMERSET
1600 WATERSMILL RD
SOMERSET PA 15510

CC:FILE

# Unacceptable Correspondence Form

| Inmate Name: | R Laird | Inmate Number: | AT0811 |
|---|---|---|---|
| Date: | 10/21/24 | SCI/Housing Unit: | IA43 |

**Sender's Name and Address:** US District Court
Phila, PA 19106

## Return to Sender

☒ Your correspondence has been Returned to Sender for the following reason:

| ☐ Non-privileged – incorrectly sent to Institution | ☐ No return address |
|---|---|
| ☐ Has postage due | ☒ Other: legal mail no CCN |
| ☐ Privileged mail that has incorrect coding | |

**Returned to Sender By:**

## Confiscation

☐ Your correspondence has been confiscated. Indicate your preference of disposition and return form: Confiscated Items will be destroyed if a response is not received within 15 days.

| **Destroy:** | ☐ Yes   ☐ No | **Inmate Signature:** | |
|---|---|---|---|
| **Return at your expense:** | Attach an addressed envelope/cash slip and return this form. | | |

Reason for Confiscation:

| ☐ No return address | ☐ Contains copyright material |
|---|---|
| ☐ Contains Personal checks, cash or money orders | ☐ Contains unauthorized correspondence between inmates in other institutions or third-party correspondence |
| ☐ Contains a driver's license, birth certificate, or other identify-related documentation that should have been sent to the Business Office | ☐ Contains photographs that violate the Department's permitted content policy. |
| ☐ Contains unapproved tapes, CDs or videos | ☐ Contains more than 25 photographs |
| ☐ Contains UCC/Sovereign Citizen material | ☐ Other: |
| **Confiscated By:** WF | **Date item shipped:** |

*If you DO wish to appeal:*
The inmate has 15 working days from the date on the Unacceptable Correspondence Form to notify the Facility Manager in writing, in accordance with the **DC-ADM 804**, and the sender has 15 working days to appeal, in writing, to the Facility Manager, which for the sender constitutes the only level of appeal. (See www.cor.pa.gov) The mailroom officer will hold the confiscated items until the appeal process is completed.

*If you DO NOT wish to appeal:*
The inmate has the option to forward a cash slip with an addressed envelope to the mailroom within 15 working days from the date of this decision to have the confiscated items mailed out of the facility or it will be destroyed. Material that cannot be legally mailed will be destroyed.

cc: Inmate
    Unit Counselor

DC-ADM 803, Inmate Mail and Incoming Publications Procedures Manual                    Attachment 1-B
Section 1 – Mail Processing Procedures
Issued: 3/31/2022
Effective: 3/31/2022



Smart Communications/PADOC
SCI- SOMERSET
Name R. LAIRD
Number AT0811
~~PO Box 33028~~
~~St Petersburg FL 33733~~
1600 WATERS MILL RD
SOMERSET PA 15510

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
PHILADELPHIA PA 19106-9865