IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD LAIRD, | : | |
| Plaintiff | : | |
| | : | No. 2:23-CV-03429 |
| v. | : | |
| | : | |
| J. TERRA, *et al.*, | : | |
| Defendants | : | |

## NOTICE OF ENTRY OF APPEARANCE

**To the Clerk of Court:**

Pursuant to Local Rule 5.1, kindly enter the appearance of the undersigned as co-counsel for Defendants Hensley, J. Terra, and Wydner, in the above-captioned matter.

Respectfully submitted,

**MICHELLE A. HENRY**
**Attorney General**

By:   *s/ Jonathan P. Rava*
Jonathan P. Rava
Deputy Attorney General
Attorney ID 332615

**Office of Attorney General**
**1600 Arch Street, Suite 300**
**Philadelphia, PA 19103**
**Phone: (267) 768-3961**

Nicole DiTomo
Chief Deputy Attorney General
Civil Litigation Section

jrava@attorneygeneral.gov

**Date:  November 1, 2024**

Co-Counsel for Defendants Hensley, Terra and Wynder

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD LAIRD, | : | |
| Plaintiff | : | |
| | : | No. 2:23-CV-03429 |
| v. | : | |
| | : | |
| J. TERRA, *et al.*, | : | |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I, Jonathan P. Rava, hereby certify that on November 1, 2024, I caused to be served a true and correct copy of the foregoing Notice of Entry of Appearance upon the following, via U.S. Mail:

**VIA U.S. MAIL**
Smart Communications/PADOC
Richard Laird, AT-0811
SCI Somerset
PO Box 33028
St. Petersburg, FL 33733
*Pro Se Plaintiff*

                                                 *s/ Jonathan P. Rava*
                                                 Jonathan P. Rava
                                                 Deputy Attorney General