# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD LAIRD** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 23-3429 |
| | : | |
| **J. TERRA, WYNDER, HENSLEY, ALL PROGRAM REVIEW COMMITTEE MEMBERS AT SCI PHOENIX** | : : : | |

## ORDER

**AND NOW**, this 22nd day of November 2024, it having been reported the above captioned matter is settled, it is **ORDERED**:

1. This action is **DISMISSED WITH PREJUDICE** under Local Rule of Civil Procedure 41.1(b);[1]

2. We **REMOVE** this case from the Prisoner Civil Rights Panel; and,

3. The Clerk of Court shall mark this matter **CLOSED.**

**KEARNEY, J.**

---

[1] Local Rule 41.1(b) provides:

> [a]ny such order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).